1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY W. GILES
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6050



FILED

2 3 AUG

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY _____ DEPUTY

5

6       # UNITED STATES DISTRICT COURT
7         ## DISTRICT OF NEVADA
8                -oOo-

9  UNITED STATES OF AMERICA,        )    CRIMINAL INDICTMENT
                                     )
10          PLAINTIFF,               )    2:11-cr-_*310*_____
                                     )
11  VS.                             )    VIOLATIONS:
                                     )
12  JACOB LILL,                     )    21 U.S.C. § 846 - Conspiracy to
    EDMUND SCHROBACK,               )    Distribute Marijuana and Hashish Oil
13  CHRISTOPHER GREEN,              )
    KYLE LAIR,                      )    21 U.S.C. § 856(a) - Maintaining a
14  RICHARD WHEATON,                )    Drug-Involved Premises
    MICHAEL SAVINO, and             )
15  ANA MARTINEZ,                   )    21 U.S.C. §§ 841 (a)(1) and 860(a) -
                                     )    Distribution of a Controlled Substance
16          DEFENDANTS.             )    within 1000 feet of a Playground
                                     )
17                                       21 U.S.C. § 841 (a)(1) - Possession
                                         With Intent to Manufacture a Controlled
18                                       Substance

19                                       21 U.S.C. § 841 - Distribution of
                                         Marijuana / Possession of Marijuana
20                                       and Hashish Oil with Intent to Distribute

21

22  **THE GRAND JURY CHARGES THAT:**

23                    **<u>COUNT ONE</u>**
              Conspiracy to Distribute Marijuana
24

25       From a time unknown, and continuing up to and including August 3, 2011, in the

26  State and Federal District of Nevada,

1
2
3
4

**JACOB LILL,**
**EDMUND SCHROBACK,**
**CHRISTOPHER GREEN,**
**KYLE LAIR,**
**RICHARD WHEATON,**
**MICHAEL SAVINO, and**
**ANA MARTINEZ**

5  defendants herein, did knowingly and intentionally combine, conspire, confederate and

6  agree with each other and others known and unknown to possess with the intent to

7  distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in

8  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

9  All in violation of Title 21, United States Code, Section 846.

10

**COUNT TWO**
11  Conspiracy to Distribute Hash Oil

12  From a time unknown, and continuing up to and including August 3, 2011, in the

13  State and Federal District of Nevada,

14
15
16
17

**JACOB LILL,**
**EDMUND SCHROBACK,**
**CHRISTOPHER GREEN,**
**KYLE LAIR,**
**RICHARD WHEATON,**
**MICHAEL SAVINO, and**
**ANA MARTINEZ**

18  defendants herein, did knowingly and intentionally combine, conspire, confederate and

19  agree with each other and others known and unknown to possess with the intent to

20  distribute one kilogram and more of Hashish Oil, a Schedule I controlled substance, in

21  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

22  All in violation of Title 21, United States Code, Section 846.

23

**COUNT THREE**
24  Maintaining a Drug-Involved Premises

25  From a time unknown but not later than March 3, 2011, up to and including April

26  13, 2011, in the State and Federal District of Nevada,

**JACOB LILL, and**
**EDMUND SCHROBACK,**

defendants herein, knowingly and intentionally opened and maintained a place identified as: Completely Legal, located at 3655 S. Durango Suite #19, Las Vegas, Nevada, 89147, for the purpose of distributing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 856(a)(1).

<u>**COUNT FOUR**</u>
Maintaining a Drug-Involved Premises

From a time unknown but not later than March 3, 2011, up to and including August 3, 2011, in the State and Federal District of Nevada,

**JACOB LILL, and**
**EDMUND SCHROBACK,**

defendants herein, knowingly and intentionally opened and maintained a place identified as: Completely Legal 2.0, located at 6401 N. Durango Avenue, Suite #120, Las Vegas, Nevada, 89149, for the purpose of distributing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 856(a)(1).

<u>**COUNT FIVE**</u>
Maintaining a Drug-Involved Premises

From a time unknown but not later than March 3, 2011, up to and including August 3, 2011, in the State and Federal District of Nevada,

**JACOB LILL, and**
**EDMUND SCHROBACK,**

defendants herein, knowingly and intentionally opened and maintained a place identified as: Completely Legal 3.0, located at 3650 S. Eastern Avenue, Suite #100, Las Vegas, Nevada, 89169, for the purpose of distributing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 856(a)(1).

**COUNT SIX**
Distribution of a Controlled Substance Within 1000 Feet of a Playground

On or about March 3, 2011, in the State and Federal District of Nevada,

**JACOB LILL,**
**EDMUND SCHROBACK,**
**CHRISTOPHER GREEN, and**
**KYLE LAIR,**

defendants herein, did knowingly and intentionally distribute, and possess with the intent to distribute, marijuana, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground, to wit: a public playground located at Desert Breeze Park, 8425 Spring Mountain Rd., Las Vegas, Nevada, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

**COUNT SEVEN**
Distribution of a Controlled Substance Within 1000 Feet of a Playground

On or about March 15, 2011, in the State and Federal District of Nevada,

**JACOB LILL,**
**EDMUND SCHROBACK, and**
**CHRISTOPHER GREEN,**

defendants herein, did knowingly and intentionally distribute, and possess with the intent to distribute, marijuana, a Schedule I controlled substance, within 1,000 feet of the real property comprising a playground, to wit: a public playground located at Desert Breeze Park, 8425 Spring Mountain Rd., Las Vegas, Nevada, in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

**COUNT EIGHT**
Possession with Intent to Manufacture a Controlled Substance

On or about April 13, 2011, in the State and Federal District of Nevada,

**JACOB LILL;**
**EDMUND SCHROBACK,**
**ANA MARTINEZ, and**
**MICHAEL SAVINO,**

4

1  defendants herein, knowingly and intentionally possessed with the intent to manufacture,

2  distribute and dispense approximately 200 marijuana plants, a Schedule I controlled

3  substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

4  (b)(1)(B)(vii).

5
                              **COUNT NINE**
              Possession with Intent to Manufacture a Controlled Substance
6

7          From a time unknown to on or about August 4, 2011, in the State and Federal

8  District of Nevada,

9                            **JACOB LILL, and**
                         **EDMUND SCHROBACK,**
10

11  defendants herein, knowingly and intentionally possessed with the intent to manufacture,

12  distribute and dispense approximately 222 marijuana plants, a Schedule I controlled

13  substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

14  (b)(1)(B)(vii).

15  . . .

16  . . .

17  . . .

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

**FORFEITURE ALLEGATION ONE**
Conspiracy to Distribute Marijuana and Conspiracy to Distribute Hash Oil

1.      The allegations of Counts One and Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1).

2.      Upon convictions of the felony offenses charged in Counts One and Two of this Criminal Indictment,

**JACOB LILL,
EDMUND SCHROBACK,
CHRISTOPHER GREEN,
KYLE LAIR,
RICHARD WHEATON,
MICHAEL SAVINO, and
ANA MARTINEZ,**

defendants herein, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(c), (b)(1)(D), and 846:

        a.      $81,475.00 in United States Currency (seized from 24/7 Private Vaults, based on keys recovered from Jacob Lill on or about 4/13/11);

        b.      $4,105.00 in United States Currency (seized from Edmund J. Schroback representing the day's drug sales of marijuana by Completely Legal 1.0 on or about 4/13/2011);

        c.      $2,962.00 in United States Currency (seized from the cash register at Completely Legal 2.0 on or about 4/13/2011);

d.   $2,585.00 in United States Currency (seized from the cash drawer at Completely Legal 2.0 on or about 8/3/2011);

e.   $1,314.00 in United States Currency (seized from master bedroom of Jacob Lill's home on or about 8/3/2011);

f.   $12,056.00 in United States Currency (seized from bag in Jacob Lill's vehicle at his home on or about 8/3/2011);

g.   $2,567.00 in United States Currency (seized from cash drawer at Completely Legal 3.0 on or about 8/3/2011);

h.   $7,432.00 in United States Currency (seized from Jacob Lill's residence on or about 4/13/2011);

i.   $2,150.00 in United States Currency (seized from Bank of America Account No. 501012187203 in the name of PMW, Inc., seized on or about 8/5/2011);

j.   $2,665.00 in United States Currency (seized from Bank of America Account No. 501012645570 in the name of EOS Ventures, LLC seized on or about 8/5/2011); and

k.   2007 Mercedes CLK350, VIN: WDBTJ56H57F215349, including approximately $18,000 in upgrades, including

1          a custom audio system (seized on or about

2          4/13/11).

3    All pursuant to Title 21, United States Code, Sections 841(a)(1), (b)(1)(C),

4 (b)(1)(D), 846, and 853(a)(1).

5                     **FORFEITURE ALLEGATION TWO**

Conspiracy to Distribute Marijuana and Conspiracy to Distribute Hash Oil

6

7    1.    The allegations of Counts One and Two of this Criminal Indictment are

8 hereby realleged and incorporated herein by reference for the purpose of alleging

9 forfeiture pursuant to Title 21, United States Code, Section 853(a)(2).

10    2.    Upon convictions of the felony offenses charged in Counts One and Two

11 of this Criminal Indictment,

12                     **JACOB LILL,**
                   **EDMUND SCHROBACK,**

13                  **CHRISTOPHER GREEN,**
                     **KYLE LAIR,**

14                **RICHARD WHEATON,**
              **MICHAEL SAVINO, and**

15                  **ANA MARTINEZ**

16 defendants herein, shall forfeit to the United States of America, any property used, or

17 intended to be used, in any manner or part, to commit, or to facilitate the commission of

18 violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(1)(D), and

19 846:

20         a.    2,150.00 in United States Currency (seized

21              from Bank of America Account No.

22              501012187203 in the name of PMW, Inc.);

23         b.    $2,665.00 in United States Currency (seized

24              from Bank of America Account No.

25              501012645570 in the name of EOS Ventures,

26              LLC); and

c.   2007   Mercedes   CLK350,   VIN: WDBTJ56H57F215349,   including approximately $18,000 in upgrades, including a custom audio system.

All pursuant to Title 21, United States Code Sections 841(a)(1), (b)(1)(C), (b)(1)(D), 846, and 853(a)(2).

### FORFEITURE ALLEGATION THREE
Maintaining a Drug-Involved Premises

1.   The allegations of Counts Three, Four and Five of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1).

2.   Upon convictions of the felony offenses charged in Counts Three, Four and Five  of this Criminal Indictment,

**JACOB LILL and
EDMUND SCHROBACK,**

defendants herein, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Section 856(a)(1):

a.   $81,475.00 in United States Currency (seized from 24/7 Private Vaults, based on keys recovered from Jacob Lill on or about 4/13/11);

b.   $4,105.00 in United States Currency (seized from Edmund J. Schroback representing the day's drug sales of marijuana by Completely Legal 1.0 on or about 4/13/2011);

c.      $2,962.00 in United States Currency (seized from the cash register at Completely Legal 2.0 on or about 4/13/2011);

d.      $2,585.00 in United States Currency (seized from the cash drawer at Completely Legal 2.0 on or about 8/3/2011);

e.      $1,314.00 in United States Currency (seized from master bedroom of Jacob Lill's home on or about 8/3/2011);

f.      $12,056.00 in United States Currency (seized from bag in Jacob Lill's vehicle at his home on or about 8/3/2011);

g.      $2,567.00 in United States Currency (seized from cash drawer at Completely Legal 3.0 on or about 8/3/2011);

h.      $7,432.00 in United States Currency (seized from Jacob Lill's residence on or about 4/13/2011);

i.      $2,150.00 in United States Currency (seized from Bank of America Account No. 501012187203 in the name of PMW, Inc., seized on or about    8/5/2011);

j.      $2,665.00 in United States Currency (seized from Bank of America Account No. 501012645570 in the name of EOS Ventures, LLC seized on or about 8/5/2011); and

10

k.     2007   Mercedes   CLK350,   VIN:
WDBTJ56H57F215349,   including
approximately $18,000 in upgrades, including
a custom audio system (seized on or about
4/13/11).

All pursuant to Title 21, United States Code, Sections 856(a)(1) and 853(a)(1).

### FORFEITURE ALLEGATION FOUR
Maintaining a Drug-Involved Premises

1.     The allegations of Counts Three, Four and Five of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(2).

2.     Upon convictions of the felony offenses charged in Counts Three, Four and Five of this Criminal Indictment,

**JACOB LILL and
EDMUND SCHROBACK,**

defendants herein, shall forfeit to the United States of America, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of Title 21, United States Code, Section 856(a)(1):

a.     $2,150.00 in United States Currency (seized from   Bank   of   America   Account   No. 501012187203 in the name of PMW, Inc.);

b.     $2,665.00 in United States Currency (seized from   Bank   of   America   Account   No. 501012645570 in the name of EOS Ventures, LLC); and

1          c.    2007   Mercedes  CLK350,  VIN:

2              WDBTJ56H57F215349,  including

3              approximately $18,000 in upgrades, including

4              a custom audio system.All pursuant to Title 21,

5              United States Code Sections 856(a)(1) and

6              853(a)(2).

7      All pursuant to Title 21, United States Code Sections 856(a)(1) and 853(a)(2).

8

9                        **FORFEITURE ALLEGATION FIVE**
Distribution of a Controlled Substance Within 1000 Feet of a Playground

10

11      1.     The allegations of Count Six of this Criminal Indictment are hereby realleged

12   and incorporated herein by reference for the purpose of alleging forfeiture pursuant to

13   Title 21, United States Code, Section 853(a)(1).

14      2.     Upon convictions of the felony offenses charged in Count Six of this

15   Criminal Indictment,

16                           **JACOB LILL,**
**EDMUND SCHROBACK,**

17                       **CHRISTOPHER GREEN, and**
**KYLE LAIR,**

18

19   defendants herein, shall forfeit to the United States of America, any property constituting,

20   or derived from, any proceeds obtained, directly or indirectly, as the result of violations of

21   Title 21, United States Code, Sections 841(a)(1) and 860(a):

22          a.     $81,475.00 in United States Currency (seized

23              from 24/7 Private Vaults, based on keys

24              recovered from Jacob Lill on or about 4/13/11);

25          b.     $4,105.00 in United States Currency (seized

26              from Edmund J. Schroback representing the

day's drug sales of marijuana by Completely

Legal 1.0 on or about 4/13/2011);

c.   $2,962.00 in United States Currency (seized

from the cash register at Completely Legal 2.0

on or about 4/13/2011);

d.   $2,585.00 in United States Currency (seized

from the cash drawer at Completely Legal 2.0

on or about 8/3/2011);

e.   $1,314.00 in United States Currency (seized

from master bedroom of Jacob Lill's home on

or about 8/3/2011);

f.   $12,056.00 in United States Currency (seized

from bag in Jacob Lill's vehicle at his home on

or about 8/3/2011);

g.   $2,567.00 in United States Currency (seized

from cash drawer at Completely Legal 3.0 on

or about 8/3/2011);

h.   $7,432.00 in United States Currency (seized

from Jacob Lill's residence on or about

4/13/2011);

i.   $2,150.00 in United States Currency (seized

from Bank of America Account No.

501012187203 in the name of PMW, Inc.,

seized on or about 8/5/2011);

j.   $2,665.00 in United States Currency (seized

from Bank of America Account No.

1        501012645570 in the name of EOS Ventures,

2        LLC seized on or about 8/5/2011); and

3    k.    2007    Mercedes    CLK350,    VIN:

4        WDBTJ56H57F215349,    including

5        approximately $18,000 in upgrades, including

6        a custom audio system (seized on or about

7        4/13/11).

8

9        All pursuant to Title 21, United States Code, Sections 841(a)(1),

10   860(a) and 853(a)(1).

11                          **FORFEITURE ALLEGATION SIX**
                 Distribution of a Controlled Substance Within 1000 Feet of a Playground
12

13       1.    The allegations of Count Six of this Criminal Indictment are hereby realleged

14   and incorporated herein by reference for the purpose of alleging forfeiture pursuant to

15   Title 21, United States Code, Section 853(a)(2).

16       2.    Upon convictions of the felony offenses charged in Count Six of this

17   Criminal Indictment,

18                          **JACOB LILL,**
                          **EDMUND SCHROBACK,**
19                        **CHRISTOPHER GREEN, and**
                          **KYLE LAIR,**
20

21   defendants herein, shall forfeit to the United States of America, any property used, or

22   intended to be used, in any manner or part, to commit, or to facilitate the commission of

23   violations of Title 21, United States Code, Sections 841(a)(1) and 860(a):

24       a.    $2,150.00 in United States Currency (seized

25        from   Bank   of   America   Account   No.

26        501012187203 in the name of PMW, Inc.);

                                    14

b.     $2,665.00 in United States Currency (seized

from   Bank   of   America   Account   No.

501012645570 in the name of EOS Ventures,

LLC); and

c.     2007   Mercedes   CLK350,   VIN:

WDBTJ56H57F215349,   including

approximately $18,000 in upgrades, including

a custom audio system.

All pursuant to Title 21, United States Code Sections 841(a)(1), 860(a) and 853(a)(2).

## FORFEITURE ALLEGATION SEVEN
Distribution of a Controlled Substance Within 1000 Feet of a Playground

1.     The allegations of Count Seven of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1).

2.     Upon convictions of the felony offenses charged in Count Seven of this Criminal Indictment,

**JACOB LILL,**
**EDMUND SCHROBACK, and**
**CHRISTOPHER GREEN,**

defendants herein, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Sections 841(a)(1) and 860(a):

a.     $81,475.00 in United States Currency (seized

from   24/7   Private   Vaults,   based   on   keys

recovered from Jacob Lill on or about 4/13/11);

b.     $4,105.00 in United States Currency (seized

from Edmund J. Schroback representing the

day's drug sales of marijuana by Completely
Legal 1.0 on or about 4/13/2011);

c.   $2,962.00 in United States Currency (seized
from the cash register at Completely Legal 2.0
on or about 4/13/2011);

d.   $2,585.00 in United States Currency (seized
from the cash drawer at Completely Legal 2.0
on or about 8/3/2011);

e.   $1,314.00 in United States Currency (seized
from master bedroom of Jacob Lill's home on
or about 8/3/2011);

f.   $12,056.00 in United States Currency (seized
from bag in Jacob Lill's vehicle at his home on
or about 8/3/2011);

g.   $2,567.00 in United States Currency (seized
from cash drawer at Completely Legal 3.0 on
or about 8/3/2011);

h.   $7,432.00 in United States Currency (seized
from Jacob Lill's residence on or about
4/13/2011);

i.   $2,150.00 in United States Currency (seized
from Bank of America Account No.
501012187203 in the name of PMW, Inc.,
seized on or about 8/5/2011);

j.   $2,665.00 in United States Currency (seized
from Bank of America Account No.

1  501012645570 in the name of EOS Ventures,

2  LLC seized on or about 8/5/2011); and

3  k.  2007 Mercedes CLK350, VIN:

4  WDBTJ56H57F215349, including

5  approximately $18,000 in upgrades, including

6  a custom audio system (seized on or about

7  4/13/11).

8  All pursuant to Title 21, United States Code, Sections 841(a)(1), 860(a) and

9  853(a)(1).

10  ### FORFEITURE ALLEGATION EIGHT
Distribution of a Controlled Substance Within 1000 Feet of a Playground

11

12  1.  The allegations of Count Seven of this Criminal Indictment are hereby

13  realleged and incorporated herein by reference for the purpose of alleging forfeiture

14  pursuant to Title 21, United States Code, Section 853(a)(2).

15  2.  Upon convictions of the felony offenses charged in Count Seven of this

16  Criminal Indictment,

17  **JACOB LILL,
EDMUND SCHROBACK, and
CHRISTOPHER GREEN,**

18

19  defendants herein, shall forfeit to the United States of America, any property used, or

20  intended to be used, in any manner or part, to commit, or to facilitate the commission of

21  violations of Title 21, United States Code, Sections 841(a)(1) and 860(a):

22  a.  $2,150.00 in United States Currency (seized

23  from Bank of America Account No.

24  501012187203 in the name of PMW, Inc.);

25  b.  $2,665.00 in United States Currency (seized

26  from Bank of America Account No.

1                       501012645570 in the name of EOS Ventures,

2                       LLC); and

3          c.    2007   Mercedes   CLK350,   VIN:

4                       WDBTJ56H57F215349,   including

5                       approximately $18,000 in upgrades, including

6                       a custom audio system.

7      All pursuant to Title 21, United States Code Sections 841(a)(1), 860(a) and

8 853(a)(2).

9                        **FORFEITURE ALLEGATION NINE**
Possession with Intent to Manufacture a Controlled Substance

10

11      1.    The allegations of Count Eight of this Criminal Indictment are hereby

12 realleged and incorporated herein by reference for the purpose of alleging forfeiture

13 pursuant to Title 21, United States Code, Section 853(a)(1).

14      2.    Upon convictions of the felony offenses charged in Count Eight of this

15 Criminal Indictment,

16

17                        **JACOB LILL,**
**EDMUND SCHROBACK,**
**MICHAEL SAVINO, and**

18                        **ANA MARTINEZ,**

19 defendants herein, shall forfeit to the United States of America, any property constituting,

20 or derived from, any proceeds obtained, directly or indirectly, as the result of violations of

21 Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii):

22          a.    $81,475.00 in United States Currency (seized

23                       from 24/7 Private Vaults, based on keys

24                       recovered from Jacob Lill on or about 4/13/11);

25          b.    $4,105.00 in United States Currency (seized

26                       from Edmund J. Schroback representing the

day's drug sales of marijuana by Completely

Legal 1.0 on or about 4/13/2011);

c.    $2,962.00 in United States Currency (seized

from the cash register at Completely Legal 2.0

on or about 4/13/2011);

d.    $2,585.00 in United States Currency (seized

from the cash drawer at Completely Legal 2.0

on or about 8/3/2011);

e.    $1,314.00 in United States Currency (seized

from master bedroom of Jacob Lill's home on

or about 8/3/2011);

f.    $12,056.00 in United States Currency (seized

from bag in Jacob Lill's vehicle at his home on

or about 8/3/2011);

g.    $2,567.00 in United States Currency (seized

from cash drawer at Completely Legal 3.0 on

or about 8/3/2011);

h.    $7,432.00 in United States Currency (seized

from Jacob Lill's residence on or about

4/13/2011);

i.    $2,150.00 in United States Currency (seized

from Bank of America Account No.

501012187203 in the name of PMW, Inc.,

seized on or about 8/5/2011);

j.    $2,665.00 in United States Currency (seized

from Bank of America Account No.

1  501012645570 in the name of EOS Ventures,

2  LLC seized on or about 8/5/2011); and

3  k.  2007  Mercedes  CLK350,  VIN:

4  WDBTJ56H57F215349,  including

5  approximately $18,000 in upgrades, including

6  a custom audio system (seized on or about

7  4/13/11).

8

9  All pursuant to Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii),

10  and 853(a)(1).

11  **FORFEITURE ALLEGATION TEN**
Possession with Intent to Manufacture a Controlled Substance

12

13  1.  The allegations of Count Eight of this Criminal Indictment are hereby

14  realleged and incorporated herein by reference for the purpose of alleging forfeiture

15  pursuant to Title 21, United States Code, Section 853(a)(2).

16  2.  Upon convictions of the felony offenses charged in Count Eight of this

17  Criminal Indictment,

18  **JACOB LILL,
EDMUND SCHROBACK,**

19  **MICHAEL SAVINO, and
ANA MARTINEZ,**

20  defendants herein, shall forfeit to the United States of America, any property used, or

21  intended to be used, in any manner or part, to commit, or to facilitate the commission of

22  violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii):

23  a.  $2,150.00 in United States Currency (seized

24  from  Bank  of  America  Account  No.

25  501012187203 in the name of PMW, Inc.);

26  . . .

b.    $2,665.00 in United States Currency (seized from Bank of America Account No. 501012645570 in the name of EOS Ventures, LLC); and

c.    2007 Mercedes CLK350, VIN: WDBTJ56H57F215349, including approximately $18,000 in upgrades, including a custom audio system.

All pursuant to Title 21, United States Code Sections 841(a)(1), 841(b)(1)(B)(vii), and 853(a)(2).

## FORFEITURE ALLEGATION ELEVEN
### Possession with Intent to Manufacture a Controlled Substance

1.    The allegations of Count Nine of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1).

2.    Upon convictions of the felony offenses charged in Count Nine of this Criminal Indictment,

**JACOB LILL, and
EDMUND SCHROBACK,**

defendants herein, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii):

a.    $81,475.00 in United States Currency (seized from 24/7 Private Vaults, based on keys recovered from Jacob Lill on or about 4/13/11);

b.    $4,105.00 in United States Currency (seized from Edmund J. Schroback representing the

day's drug sales of marijuana by Completely

Legal 1.0 on or about 4/13/2011);

c. $2,962.00 in United States Currency (seized

from the cash register at Completely Legal 2.0

on or about 4/13/2011);

d. $2,585.00 in United States Currency (seized

from the cash drawer at Completely Legal 2.0

on or about 8/3/2011);

e. $1,314.00 in United States Currency (seized

from master bedroom of Jacob Lill's home on

or about 8/3/2011);

f. $12,056.00 in United States Currency (seized

from bag in Jacob Lill's vehicle at his home on

or about 8/3/2011);

g. $2,567.00 in United States Currency (seized

from cash drawer at Completely Legal 3.0 on

or about 8/3/2011);

h. $7,432.00 in United States Currency (seized

from Jacob Lill's residence on or about

4/13/2011);

i. $2,150.00 in United States Currency (seized

from Bank of America Account No.

501012187203 in the name of PMW, Inc.,

seized on or about 8/5/2011);

j. $2,665.00 in United States Currency (seized

from Bank of America Account No.

1  501012645570 in the name of EOS Ventures,

2  LLC seized on or about 8/5/2011); and

3  k.  2007  Mercedes  CLK350,  VIN:

4  WDBTJ56H57F215349,  including

5  approximately $18,000 in upgrades, including

6  a custom audio system (seized on or about

7  4/13/11).

8  All pursuant to Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii),

9  and 853(a)(1).

10

## FORFEITURE ALLEGATION TWELVE
11  Possession with Intent to Manufacture a Controlled Substance

12  1.  The allegations of Count Nine of this Criminal Indictment are hereby

13  realleged and incorporated herein by reference for the purpose of alleging forfeiture

14  pursuant to Title 21, United States Code, Section 853(a)(2).

15  2.  Upon convictions of the felony offenses charged in Count Nine of this

16  Criminal Indictment,

17  **JACOB LILL, and
EDMUND SCHROBACK,**

18

19  defendants herein, shall forfeit to the United States of America, any property used, or

20  intended to be used, in any manner or part, to commit, or to facilitate the commission of

21  violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii):

22  a.  $2,150.00 in United States Currency (seized

23  from  Bank  of  America  Account  No.

24  501012187203 in the name of PMW, Inc.);

25  b.  $2,665.00 in United States Currency (seized

26  from  Bank  of  America  Account  No.

1    501012645570 in the name of EOS Ventures,

2    LLC); and

3    c.    2007   Mercedes   CLK350,   VIN:

4    WDBTJ56H57F215349,   including

5    approximately $18,000 in upgrades, including

6    a custom audio system.

7    All pursuant to Title 21, United States Code Sections 841(a)(1), 841(b)(1)(B)(vii),

8    and 853(a)(2).

9    **DATED:** this ___23ᵈ___ day of August, 2011.

10   **A TRUE BILL:**

11

12                    /s/
     FOREPERSON OF THE GRAND JURY

13

14   DANIEL G. BOGDEN
     United States Attorney

15

16

17   BRADLEY W. GILES
     Assistant United States Attorney

18

19

20

21

22

23

24

25

26