PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **LAS VEGAS**
DISTRICT OF NEVADA                Divisional Office

Name and Office of Person
Furnishing Information on          **TERRIE MURRAY**
THIS FORM          ☐ U.S. Atty ☐ Other U.S. Agency
                   Phone No. _____

Name of Asst.
U.S. Attorney     **BRAD GILES**
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**DEA - SA DAVID BEHAR**

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☑ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

2:11-MJ-510-GWF

Place of offense **DISTRICT OF NEVADA**   County

CASE NO.   2:11-CR-*310*

USA vs.

Defendant: **ANA MARTINEZ**

Address:

**FILED**

2 3 AUG

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

☐ Interpreter Required

BY _____ DEPUTY

Birth
Date _____   ☐ Male   ☐ Alien
                    ☐ Female   (if applicable)

Social Security Number _____

### DEFENDANT

Issue:   ☐ Warrant   ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts **9**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21/846 | Conspiracy to Distribute Marijuana & Hashish Oil | 1, 2 |
| | | | |
| | | | |
| | 21/841(a)(1) | Possession | with Intent to Manufacture a Controled Substance | 8 |
| | | | |