UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED

23 AUG

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

_____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE ____May 28, 2010____ TERM, 10-1 | MINUTES OF COURT DATE:   August 23, 2011 @ 11:51am-11:52am |

PRESENT:  The Honorable   _George W. Foley, Jr._____ , U.S. Magistrate Judge.

DEPUTY CLERK:            Denise Saavedra            REPORTER:     Phyllis Wright

UNITED STATES ATTORNEY:   _Cristina Silva_____

A roll call of the Special Grand Jury is taken with   **22**   members present for deliberations which constituted a quorum.   The foreperson of the Special Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is   **0**   SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant issue where indicated.

| | | |
|---|---|---|
| **2:11-CR-0310** | **JACOB LILL** | **SUMMONS** |
| | **EDMUND SCHROBACK** | **FOR ALL** |
| | **CHRISTOPHER GREEN** | **DEFENDANTS** |
| | **KYLE LAIR** | |
| | **RICHARD WHEATON** | |
| | **MICHAEL SAVINO** | |
| | **ANA MARTINEZ** | |
| | **(DEFENDANTS & COUNSEL -LOCAL)** | |
| | | |
| **2:11-CR-0311** | **PATRICK RAUL MONTALVO** | **CUSTODY** |
| | **DARREN LEE DILLINGHAM** | **CUSTODY** |
| | **(LOCAL FEDERAL CUSTODY)** | |
| | | |
| **2:11-CR-0312** | **ANIL ("ANDY") MATHUR** | **WARRANT** |

**2:11-CR-0313**       **ALLAN SHEPPARD**                                                **WARRANT**

**(STATE CUSTODY- CCDC- WRIT FILED)**

**IT IS ORDERED** that the Arraignment & Plea as to: **2:11-CR-310, & 2:11-CR-311** will be held on **FRIDAY, September 2, 2011 @ 8:30am** before **MAGISTRATE LAWRENCE R. LEAVITT in courtroom 3C**.

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:11-CR-313** will be held on **FRIDAY, September 2, 2011 @ 3:00pm** before **MAGISTRATE LAWRENCE R. LEAVITT in courtroom 3C**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining case will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk

United States District Court

/S/ Denise Saavedra
_____

Deputy Clerk