**MOT**
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
231 South Third Street, Suite 100
Las Vegas, Nevada 89101
(702) 868-8866
Attorney for MARTINEZ

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANA MARTINEZ, )<br>)<br>)<br>Defendant. )<br>_____) | Case No.:   2:11-CR-00310-JCM-RJJ<br><br>MOTION TO MODIFY PRETRIAL CONDITIONS OF SUPERVISION |

### MOTION TO MODIFY PRETRIAL CONDITIONS OF SUPERVISION

COMES NOW, ANA MARTINEZ, (MARTINEZ) through her attorney, GABRIEL L. GRASSO, ESQ., and respectfully moves this Honorable Court for a Motion to Modify Pretrial Conditions of Supervision.

### POINTS AND AUTHORITIES

Defendant was placed on Pretrial Supervision with the stipulation that she would be required to stay away from her Co-Defendant, Jacob Lill, as part of pretrial conditions. Jacob Lill is Ms. Martinez's long time boyfriend whom she shared a residence with before her indictment in this matter. It is requested that any order to stay away from Jacob Lill be lifted.

Following the filing of the Indictment, there is no identifiable reason which has relevance to the prosecution of this case which would require that these two defendant's, MARTINEZ and Lill, be prevented from having contact and living together pending trial.

## **CONCLUSION**

The Defendant respectfully prays that this motion be granted to lift any restrictions to see Jacob Lill.

DATED this ___12th___ day of _____September_____, 2011.

                                          Gabriel L. Grasso, P.C.
                                        State Bar Number 7358
                                        231 South Third Street, Suite 100
                                        Las Vegas, NV 89101
                                        (702) 868-8866

                                        _____/s/_____
                                        GABRIEL L. GRASSO, Esq.

This Motion is based on the attached Points and Authorities and any evidence and/or argument that may be adduced at a hearing in this matter.

DATED this ___12th___ day of ___September___, 2011.

                                          Gabriel L. Grasso, P.C.
                                        State Bar Number 7358
                                        231 South Third Street, Suite 100
                                        Las Vegas, NV 89101
                                        (702) 868-8866

                                        _____/s/_____
                                        GABRIEL L. GRASSO, Esq.