# FILED UNDER SEAL

DANIEL BOGDEN
United States Attorney
Bradley W. Giles
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANA MARTINEZ )<br>Defendant ) | Case No. 2:11-CR-310-JCM-RJJ<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br>PRETRIAL RELEASE |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Terry L. Wheaton II, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 2nd day of October, 2012.

Daniel Bogden
United States Attorney

By /S/ _____
Bradley W. Giles
Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Ana MARTINEZ                                      Docket No.  2:11-CR-310-JCM-RJJ

Petition for Action on Conditions of Pretrial Release

COMES NOW TERRY L. WHEATON II, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ana Martinez who was placed under pretrial release supervision by the Honorable Peggy A. Leen, in the Court at Las Vegas, Nevada, on August 4, 2011, on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services supervision.
2. Actively seek and maintain lawful and verifiable employment and notify Pretrial Services prior to any change.
3. Have no contact with co-defendants, alleged witnesses or potential victims.
4. Do not use or possess any illegal controlled substances.
5. Do not associate with anyone using or possessing illegal controlled substances.
6. Submit to drug testing as directed by Pretrial Services.
7. Maintain residence with parents at 3301 Terra Bella Drive in Las Vegas, Nevada and do not move without prior approval from Pretrial Services.
8. Satisfy outstanding warrants within 60 days and provide proof to Pretrial Services.
9. Refrain from employment in the medical marijuana dispensing business.
10. No use of "spice" or synthetic marijuana.

Respectfully presenting petition for action of Court and for cause as follows:

On August 6, August 13, August 20, August 27, 2012, and September 10, 2012, the defendant failed to report to the Pretrial Services Office in person as instructed. Additionally, on September 3, 2012, the defendant failed to report via phone to her Pretrial Services Officer. Also, the defendant has failed to provide Pretrial Services her new address.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR THE ARREST OF THE DEFENDANT BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this _____ day of October 2012, and ordered filed and made a part of the records in the above case. | Executed on this 5th day of October, 2012. |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Peggy A. Leen | Terry L. Wheaton II |
| U.S. Magistrate Judge | United States Pretrial Services Officer |
| | Place: Las Vegas, Nevada |

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ Nevada

UNITED STATES OF AMERICA

V.

ANA MARTINEZ

**WARRANT FOR ARREST**

Case Number: 2:11-CR-310-JCM-RJJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ANA MARTINEZ_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with (brief description of offense)

PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

in violation of Title ___18___ United States Code, Section(s) ___3148(b)___

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |