| | |
|---|---|
| DANIEL G. BOGDEN | |
| United States Attorney | |
| Nevada State Bar No. 2137 | |
| MICHAEL A. HUMPHREYS | |
| Assistant United States Attorney | |
| Lloyd D. George United States Courthouse | |
| 333 Las Vegas Boulevard South, Suite 5000 | |
| Las Vegas, Nevada 89101 | |
| Telephone (702) 388-6336 | |
| Facsimile (702) 388-6787 | |
| Counsel for Plaintiff | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:11-CR-310-JCM-(RJJ)<br>) |
| JACOB LILL, EDMUND SCHROBACK, CHRISTOPHER GREEN, KYLE LAIR, RICHARD WHEATON, MICHAEL SAVINO AND ANA MARTINEZ, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF FILING DECLARATION OF FORFEITURE**

Attached hereto is the Declaration of Forfeiture evidencing publication of the Administrative Notice and service of process in the Administrative Forfeiture, completing the requirements of the Preliminary Order of Forfeiture as to the following assets: 2007 Mercedes Benz CLK 350, VIN: WDBTJ56H57F215349.

The administrative forfeiture of the vehicle means that it has already been forfeited, and titled to, the United States by virtue of no person responding to the general and/or personal notice that was carried out by the Drug Enforcement Administration during the course of the

. . .

. . .

1 administrative proceedings.  This does not preclude further judicial proceedings on the matter, nor
2 does it require them.

    Dated: November 20, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Notice on November 20, 2012, by the below identified method of service:

CM/ECF:

James A Oronoz
James A. Oronoz, Chtd.
700 S. Third Street
Las Vegas, NV 89101
Email: jim@oronozlawyers.com
Counsel for the Defendant Jacob Lill

Todd M Leventhal
Leventhal and Associates
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
Counsel for the Defendant Edmund Schroback

Mace J Yampolsky
Mace Yampolsky, LTD
625 S. Sixth St.
Las Vegas, NV 89101
Email: Mace@macelaw.com
Counsel for the Defendant Christopher Green

Karen C Winckler
Wright Stanish & Winckler
300 S. Fourth Street Suite 701
Las Vegas, NV 89101
Email: Winckler@wswlawlv.com
Counsel for the Defendant Kyle Lair

Richard A Schonfeld
Chesnoff & Schonfeld
520 S. 4th St.
Las Vegas, NV 89101
Email: rschonfeld@cslawoffice.net
Counsel for the Defendant Richard Wheaton

Robert Langford
Robert L. Langford & Associates
616 S 8th Street
Las Vegas, NV 89101
Email: robert@robertlangford.com
Counsel for the Defendant Michael Savino

Gabriel L Grasso
Gabriel L. Grasso, P.C.
231 S. Third Street Suite 100
Las Vegas, NV 89101
Email: gabriel@grassodefense.com
Counsel for the Defendant Ana Martinez

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal