DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:11-cr-0310-JCM |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE |
| ) | PROBATION REVOCATION HEARING |
| ANA MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL BOGDEN, United States Attorney, Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, counsel for defendant, that the probation revocation hearing in the above-captioned matter currently scheduled to commence on Friday, October 30, 2015, at 10:00 a.m. be vacated and continued to a date and time convenient to all parties, but no earlier than November 25, 2015.

This Stipulation is entered into for the following reasons:

1. The victim in the case has requested additional time to determine the amount of restitution to be paid by the defendant, and to provide appropriate documentation to the defendant.

2. Counsel for the defendant is scheduled to begin trial before this Court on November 2, 2015, and will need approximately one week to review documents associated with the amount of restitution and to review those documents with her client.

3. The parties agree to the continuance.

4. The defendant is in custody and does not object to the continuance.

5. This is the second request to continue the probation revocation hearing.

DATED this 23rd day of October 2015.

                                      DANIEL G. BOGDEN
                                      United States Attorney

                                      /s/*Susan Cushman*
                                      SUSAN CUSHMAN
                                      Assistant United States Attorney


                                      /s/*Rebecca Levy*
                                      REBECCA LEVY
                                      Assistant Federal Public Defender
                                      Counsel for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:11-cr-310-JCM |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE PROBATION |
| vs. ) | REVOCATION HEARING |
| ) | |
| ANA MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the probation revocation hearing in the above-captioned matter be vacated and continued until **Monday, December 7, 2015 at 10:00 a.m.**

DATED this 28th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE