RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for ANA KAREN MARTINEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ANA KAREN MARTINEZ,<br><br>         Defendant. | Case No. 11-CR-310-JCM<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for, ANA KAREN MARTINEZ, that the Revocation Hearing currently scheduled on December 7, 2015, be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    At the time of this filing, counsel for the defense has just been made aware that restitution documents are available for review and pickup.  Counsel for the defense will need time to review said documents as they had not been turned over timely, a brief continuance is being sought.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

DATED this 3rd day of December, 2015

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

By */s/ Rebecca Levy*           By */s/ Susan Cushman*
REBECCA LEVY                     SUSAN CUSHMAN
Assistant Federal Public Defender     Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ANA KAREN MARTINEZ,<br><br>       Defendant. | Case No. 11-CR-310-JCM<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 7, 2015 at 10:00 a.m., be vacated and continued to _____ at the hour of _____ ___.m.; or to a time and date convenient to the court.

   DATED this 3rd day of December, 2015.

                                                                                 _____
                                                                                 UNITED STATES MAGISTRATE JUDGE

3